Achilles Mason WILLIAMS,
Petitioner—Appellant,

v.

G. GALAZA, Warden, Respondent—
Appellee.

No. 01–56449.

D.C. No. CV–00–00252–BTM.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Aug. 20, 2003.

Before SCHROEDER, Chief Judge,
HAWKINS and TASHIMA, Circuit
Judges.

MEMORANDUM **

California state prisoner Achilles Mason
Williams appeals pro se the district court's
denial of his 28 U.S.C. § 2254 habeas peti-
tion. We have jurisdiction under 28
U.S.C. § 2253, we review de novo, *Mendez
v. Small,* 298 F.3d 1154, 1157–58 (9th Cir.
2002), and we affirm.

Williams contends that his 25–years–to–
life sentence for petty theft with a prior is

cruel and unusual punishment, in violation
of the 8th Amendment. This contention is
foreclosed by *Lockyer v. Andrade,* 538
U.S. 63, 123 S.Ct. 1166, 155 L.Ed.2d 144
(2003) (holding that California state court's
affirmance of two consecutive 25–years–to–
life sentences for petty theft was not con-
trary to or an unreasonable application of
federal law) and *Ewing v. California,* 538
U.S. 11, 123 S.Ct. 1179, 155 L.Ed.2d 108
(2003) (holding that a 25–years–to–life sen-
tence under the California three-strikes
law did not violate the 8th Amendment's
prohibition on cruel and unusual punish-
ment). The district court therefore prop-
erly denied Williams' petition.

**AFFIRMED.**[1]

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2). Accordingly, Appel-
lant's request for oral argument is denied.

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

1. All pending motions are denied.